UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CASE NO.:  05-CV-0844-MJD/JGL

BRADLEY A. KIRSCHER,

    Plaintiff,

vs.

FREDERICK J. HANNA & ASSOCIATES,
and THE GURSTEL LAW FIRM, PA.,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING BANKRUPTCY**

    PLEASE TAKE NOTICE that the Plaintiff in the above-captioned case has filed bankruptcy.  Plaintiff's filing has no effect on these proceedings pursuant to Victor Foods, 977 F.2d 1224 (8th Cir. 1992).

Dated: November 9, 2005.

By: s/ Steven M. Coodin                    .
    Steven M. Coodin, #  0317214
    Coodin Law Office, LLC
    Attorney for Plaintiff
    7300 Hudson Boulevard, # 290
    Oakdale, Minnesota  55128
    (651) 209-6654