UNITED DISTRICT COURT
DISTRICT OF MINNESOTA

**CASE NO.: 05-CV-0844-MJD/JGL**

BRADLEY A. KIRSCHER,

    Plaintiff,

vs.

THE GURSTEL LAW FIRM, P.A.,

    Defendant.

                                    /

**ORDER FOR DISMISSAL**

    This matter comes to the Court upon a stipulation by the parties to dismiss the case with prejudice and without an award of fees or costs to any party. Based on the stipulation, the Court hereby dismisses the above-captioned case with prejudice and with each party to bear its own costs and attorneys' fees. Let judgment be entered accordingly.

Dated: September 5, 2006                            s / Michael J. Davis
                                                              The Honorable Michael J. Davis
                                                              Judge of United States District Court